UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-cr-85-LRH-RAM |
| Plaintiff, | ) | |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| MARTIN DELACRUZ, | ) | |
| Defendant. | ) | |

Court Report Donna Davidson is requested to prepare transcripts of the following:

Defendant's Sentencing Hearing on January 31, 2011.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 17th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE